UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THEA DE JESUS FIGUEROA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

TRUEBLUE, INC., et al,

Defendants.

CASE NO. 3:25-cv-05329-BHS

ORDER

THIS MATTER is before the Court on plaintiff Figueroa's motion for an extension of time, Dkt. 26, to respond to defendant TrueBlue's motion to transfer venue.

This is a wage and hour putative class and collective action under the Fair Labor Standards Act. Dkt. 1. On February 27, 2026, TrueBlue filed a motion to transfer venue to the Eastern District of Texas, arguing that Figueroa and the employees on whose behalf she brought this suit all worked for TrueBlue in Texas. Dkt. 23. On March 2, Figueroa's counsel requested TrueBlue's counsel an extension of the response deadline to April 3. Dkt. 26 at 2. Counsel conferred over voicemail and email but could not agree. *Id.* at 3.

ORDER - 1

Figueroa moves before the Court to extend the response deadline to April 3. *Id.* He asserts he needs additional time due to a pre-planned vacation and faces competing deadlines for other cases upon his return. He also asserts it will take time to communicate with the nine plaintiffs currently in the case. *Id.* at 2.

TrueBlue opposes the request, arguing Figueroa has not met the "good cause" standard for an extension. Dkt. 28. It contends the request is "an attempt to secure additional time to focus counsel's attention on filing [a] motion for conditional certification," which Figueroa will then depend on in opposing the motion to transfer venue. *Id.* at 7. TrueBlue does not oppose an extension "so long as the Motion to Transfer Venue is decided in advance of substantive motions." *Id.* at 2.

Generally, the Court may grant an extension of time if there is good cause, and the request is made before the original deadline. Fed. R. Civ. P. 6(b)(1)(A). Figueroa's counsel's demonstrates good cause for the requested extension. TrueBlue does not oppose the request to the extent the Court considers the motion to transfer independent of any substantive motions. The Court agrees and does not condone gamesmanship of this kind.

Accordingly, Figueroa's motion for an extension of time is **GRANTED**. Figueroa's response to the motion to transfer venue, Dkt. 23, is due **April 3**. Any reply is due **April 10**. In deciding the motion to transfer venue, the Court will not consider any substantive motions, including any motions for conditional certification, filed in the meantime.

//

ORDER - 2

IT IS SO ORDERED.

Dated this 25th day of March, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 3